UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 21009
  NADOLYNN L BROWN

                                        CHAPTER 13

                                        JUDGE: SUSAN PIERSON SONDERBY

        Debtor
  SSN XXX-XX-7034

---

## TRUSTEE'S FINAL REPORT AND ACCOUNT

---

    The case was filed on 08/11/2008 and was not confirmed.

    The case was dismissed without confirmation 02/05/2009.

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ARONSON FURNITURE | UNSECURED | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE | UNSECURED | 539.46 | .00 | .00 |
| BALLYS TOTAL FITNESS ~ | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT | UNSECURED | 1034.36 | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | 4910.00 | .00 | .00 |
| US CELLULAR CHICAGO | UNSECURED | NOT FILED | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 1916.80 | .00 | .00 |
| DINERS CLUB | UNSECURED | NOT FILED | .00 | .00 |
| FIRST NATIONAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | 387.95 | .00 | .00 |
| RUSH PRESBYTERIAN | UNSECURED | NOT FILED | .00 | .00 |
| VYRIDIAN REV MAGT | UNSECURED | NOT FILED | .00 | .00 |
| MIDLAND CREDIT MANAGEMEN | UNSECURED | 775.08 | .00 | .00 |
| MONTEREY COLLECTIONS | UNSECURED | NOT FILED | .00 | .00 |
| MONTEREY FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| RUSH UNIVERSITY MEDICAL | UNSECURED | NOT FILED | .00 | .00 |
| SPRINT PCS | UNSECURED | NOT FILED | .00 | .00 |
| ISAC | UNSECURED | 28415.39 | .00 | .00 |
| NELNET | UNSECURED | NOT FILED | .00 | .00 |
| NELNET | UNSECURED | NOT FILED | .00 | .00 |
| NELNET | UNSECURED | NOT FILED | .00 | .00 |
| NELNET | UNSECURED | NOT FILED | .00 | .00 |
| NELNET | UNSECURED | NOT FILED | .00 | .00 |
| NELNET | UNSECURED | NOT FILED | .00 | .00 |
| NELNET | UNSECURED | NOT FILED | .00 | .00 |
| NELNET | UNSECURED | NOT FILED | .00 | .00 |
| NELNET | UNSECURED | NOT FILED | .00 | .00 |
| NELNET | UNSECURED | NOT FILED | .00 | .00 |
| NELNET | UNSECURED | NOT FILED | .00 | .00 |
| NELNET | UNSECURED | NOT FILED | .00 | .00 |
| PEOPLES GAS LIGHT & COKE | UNSECURED | 4117.57 | .00 | .00 |
| PEOPLES GAS LIGHT & COKE | UNSECURED | NOT FILED | .00 | .00 |
| BANNER INSTITUTE CHICAGO | UNSECURED | NOT FILED | .00 | .00 |
| PRA RECEIVABLES | UNSECURED | 674.11 | .00 | .00 |

PAGE  1 - CONTINUED ON NEXT PAGE
CASE NO. 08 B 21009 NADOLYNN L BROWN

```
RNB FIELDS                 UNSECURED      NOT FILED              .00           .00
RNB FIELDS                 UNSECURED      NOT FILED              .00           .00
RNB FIELDS                 UNSECURED      NOT FILED              .00           .00
ROGERS & HOLLAND           UNSECURED      NOT FILED              .00           .00
ERNESTO D BORGES JR        DEBTOR ATTY          .00                            .00
TOM VAUGHN                 TRUSTEE                                             .00
DEBTOR REFUND              REFUND                                              .00
```

Summary of Receipts and Disbursements:

```
-------------------------------------------------------------------------------
                              RECEIPTS           DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                          .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                         .00
                          ---------------       ---------------
TOTALS                           .00                  .00
```

Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
Dated: 03/05/09               _____

                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE

```